No. 02–1315. LOCKE, GOVERNOR OF WASHINGTON, ET AL. *v.* DAVEY. C. A. 9th Cir. Certiorari granted. ▮

No. 02–1371. MISSOURI *v.* SEIBERT. Sup. Ct. Mo. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted. ▮

No. 02–129. KUSTNER INDUSTRIES, S. A., ET AL. *v.* SCHREIBER FOODS, INC. C. A. Fed. Cir. Certiorari denied. ▮

No. 02–1054. SCOTT ET AL. *v.* PASADENA UNIFIED SCHOOL DISTRICT ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 02–1124. BOWLER, COMMISSIONER OF INSURANCE OF MASSACHUSETTS *v.* UNITED STATES ET AL.; and
No. 02–1135. ALABAMA INSURANCE GUARANTY ASSN. ET AL. *v.* UNITED STATES ET AL. C. A. 1st Cir. Certiorari denied. ▮

No. 02–1141. TA CHEN STAINLESS STEEL PIPE, LTD. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied. ▮

No. 02–1155. COALITION OF CLERGY, LAWYERS & PROFESSORS ET AL. *v.* BUSH, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 02–1171. SOUTHWESTERN BELL TELEPHONE CO. *v.* TELECOR COMMUNICATIONS, INC., ET AL. C. A. 10th Cir. Certiorari denied. ▮

No. 02–1173. METROPOLITAN TRANSPORTATION AUTHORITY *v.* GREENE. C. A. 2d Cir. Certiorari denied. ▮

No. 02–1175. FIFE ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 1st Cir. Certiorari denied. ▮